IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


ROBERT MEEKS                                                    PLAINTIFF


VS.                              CASE NO. 06-CV-1117


MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                 DEFENDANT


## **JUDGMENT**

Now on this 10th day of March, 2009, comes for consideration the Report and

Recommendation, dated February 20, 2009, by the Honorable Barry A. Bryant, United States

Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without

objections being filed by the parties.  The Court has reviewed this case, and being well and

sufficiently advised, finds that the Report and Recommendation is proper and should be adopted

in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation, affirms

the decision of the Administrative Law Judge, and dismisses Plaintiff's complaint with prejudice.

IT IS SO ORDERED.


　　　　/s/Harry F. Barnes　　　　　　　
Hon. Harry F. Barnes
United States District Judge